

# United States Court of Appeals for the Fifth Circuit

**Certified as a true copy and issued as the mandate on May 15, 2023**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-60587
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
April 21, 2023
Lyle W. Cayce
Clerk

Martha Dee,

       *Plaintiff—Appellee*,

versus

Donald Gater, *in his Individual and Official Capacity*,

       *Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:20-CV-752
_____

Before Davis, Duncan, and Engelhardt, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED for lack of jurisdiction.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.